UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LEONARD L. GILLAN,

    Plaintiff,

v.                                          Docket No. 4:18-CV-02012-CDP

WRIGHT MEDICAL TECHNOLOGY, INC., and
BARNES-JEWISH WEST COUNTY HOSPITAL,

    Defendants.

## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT

Plaintiff Leonard L. Gillan, by and through his attorneys, hereby moves the Court for an Order enforcing the settlement of this civil action. A settlement of this civil action was agreed to in Court Ordered mediation that was held on November 27, 2019. Since then Defendant has failed to deliver the amount agreed to be paid to Plaintiff in the settlement and has not provided a date certain by which those funds will be delivered.

Prior to the filing of this motion, on January 28, 2020, counsel for Plaintiff met and conferred by telephone with one of the counsel of record for Defendant Wright Medical Technology, Inc. regarding the subject of this motion. Defendant Wright Medical opposes the relief sought in this motion.

A memorandum in support of this motion is being filed herewith.

WHEREFORE, Plaintiff prays that this Court enter an Order compelling Defendant Wright Medical Technology, Inc., to deliver the amount agreed to for the settlement of this civil action by a date certain, on or before February 7, 2020, and for the imposition of sanctions, and such other

relief as the Court may deem to be appropriate, if the settlement funds are not delivered to Plaintiff's counsel by that date, including an award of attorney fees.

Respectfully submitted this 28th day of January 2020.

*/s/ George E. McLaughlin*
George E. McLaughlin
Warshauer-McLaughlin Law Group, P.C.
1890 Gaylord St.
Denver, CO  80206
720-420-9800
gem@w-mlawgroup.com

James G. Krispin, MBE # 33991
1010 Market Street
St. Louis, MO 63101
314-726-5834
jgkrislaw.aol.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of January 2020, a true and correct copy of the above and foregoing **PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT** was served on the following:

| | |
|---|---|
| David P. Niemeier | ☐ By Email |
| Kevin F. Hormuth | ☐ By Facsimile Transmission |
| Greensfelder and Hemker, P.C. | ☐ By Overnight Delivery |
| 10 South Broadway, Suite 2000 | ☑ By CM/ECF System |
| St. Louis, MO 63102 | ☐ By First-Class U.S. |
| dpn@greensfelder.com | |
| kfh@greensfelder.com | |
| *Attorneys for Defendant Wright Medical Technology, Inc.* | |

| | |
|---|---|
| Anne Gruner | ☐ By Email |
| Duane Morris, LLP | ☐ By Facsimile Transmission |
| 30 S 17th Street | ☐ By Overnight Delivery |
| Philadelphia, PA 19103 | ☑ By CM/ECF System |
| aagruner@duanemorris.com | ☐ By First-Class U.S. |
| *Attorneys for Defendant Wright Medical Technology, Inc.* | |

| | |
|---|---|
| Joel O. Christensen | ☐ By Email |
| Timothy William Rudolph | ☐ By Facsimile Transmission |
| Behr and McCarter, P.C. | ☐ By Overnight Delivery |
| 7777 Bonhomme Avenue, Suite 1400 | ☑ By CM/ECF System |
| St. Louis, MO 53105 | ☐ By First-Class U.S. |
| jchristensen@bmplaw.com | |
| trudolph@bmplaw.com | |
| *Attorneys for Defendant Barnes-Jewish West County Hospital* | |

*/s/ Ellen Larson*
Ellen Larson

3